Opinion filed December 1, 2005 












 
 
  
 
 







 
 
  
 
 




Opinion filed December 1, 2005 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00026-CV 

                                                    __________

 

           TRANSPORTATION STATION, INC. AND ROBERT ROBBINS, 

                                                      Appellants

 

                                                             V.

 

               M.A.T.
INSURANCE SERVICES, OLEVIA ANN MULLEN,

                                 RAY
MULLEN, AND J.D. TURNER,

                                                       Appellees

 



 

                                          On
Appeal from the 80th District Court

                                                          Harris
County, Texas

                                               Trial
Court Cause No. 2001-50728 

 



 

                                             M
E M O R A N D U M   O P I N I O N

The parties have filed in this court an agreed
motion to dismiss the appeal.  In their
motion, the parties state that this appeal is premature.  The motion is granted.

The appeal is dismissed.

 

December
1, 2005                                                                               PER
CURIAM

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.